UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUI SUN HO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　Respondents. | Case No. C25-2222-RSM-MLP<br><br>ORDER GRANTING EX PARTE MOTION FOR ORDER TO SHOW CAUSE |

Having considered Petitioner's Motion, the Court hereby finds and ORDERS:

(1) Petitioner's Motion for Order to Show Cause, Dkt. #4, is GRANTED.

(2) The Clerk is directed to immediately effectuate service of the habeas petition filed in this case upon Respondents and email a copy of this order to usawaw.Habeas@usdoj.gov.

(3) Respondents shall respond to the habeas petition by **Friday, November 14, 2025**. Any reply must be filed by **November 18, 2025**.

(4) The Clerk shall note this matter for consideration on November 18, 2025.

(5) Respondents shall not transfer Petitioner out of this district until the Court renders a final judgment on the habeas petition.

DATED this 10th day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR ORDER TO SHOW CAUSE- 1