UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUI SUN HO,<br><br>                    Petitioner,<br><br>   v.<br><br>KRISTI NOEM, *et al.*,<br><br>                    Respondents. | Case No. C25-2222-RSM<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Government's return, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, and the remaining record[1], hereby finds and ORDERS:

    (1)    The Report and Recommendation, Dkt. #13, is approved and adopted.

    (2)    Petitioner's petition for writ of habeas corpus, Dkt. # 1, is GRANTED.

    (3)    Respondents shall immediately RELEASE Petitioner from custody. Respondents SHALL NOT re-detain Petitioner without first affording him a hearing before an immigration judge (with adequate notice) to determine whether detention is appropriate.

---

[1] On December 1, 2025, the parties filed a Joint Status Report, indicating that neither party intended to file objections to the Report and Recommendation. *See* Dkt. #15. Accordingly, the Court considers this matter prior to the noting date of December 8, 2025. *See* Fed. R. Civ. P. 1.

ORDER GRANTING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(4)     Within **twenty-four (24) hours** of this Order, Respondents must provide the Court with a declaration confirming that Petitioner has been released from custody and informing the Court of the date and time of his release.

(5)     The Clerk shall send copies of this Order to all counsel of record and to the Honorable Michelle L. Peterson.

(6)     Petitioner's Unopposed Motion to Amend Deadlines, Dkt. #14, is DENIED as moot.

DATED this 3rd day of December, 2025.

>     RICARDO S. MARTINEZ
>     UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITION FOR
WRIT OF HABEAS CORPUS - 2