## United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUI SUN HO,<br><br>        Petitioner,<br><br>        v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C25-2222-RSM |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is approved and adopted. Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted. Respondents shall immediately release Petitioner from custody and shall not re-detain him without first affording him a hearing before an immigration judge (with adequate notice) to determine whether detention is appropriate.

    Dated this 3rd day of December, 2025.


                                                   RAVI SUBRAMANIAN_____
                                                 Clerk


                                             \_\_\_\_/s\_*Tajma Eaton*_____
                                                 Deputy Clerk