UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUI SUN HO,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | Case No. 2:25-cv-02222-RSM<br><br>ORDER GRANTING RESPONDENTS' MOTION TO ALTER OR AMEND JUDGMENT |

Respondents' Motion to Alter or Amendment Judgment is GRANTED. Respondents have an additional thirty (30) days, from this Order, to pay Petitioner's awarded EAJA fees. *See* Dkt. #22. IT IS SO ORDERED.

DATED this 21st day of September, 2026.

RICARDO S. MARTINEZ
United States District Judge